**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**SECOND AMENDED PLAN**

DEBTOR: Luis A. Guerra            JOINT DEBTOR: Clotilde Guerra    CASE NO.: 13-11381-AJC

Last Four Digits of SS#    2525            Last Four Digits of SS#  3611

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.    $233.33 for months 1 to 60 ;in order to pay the following creditors:

Administrative: Attorney's Fee - $3,650.00 +750.00 (Motion to Value)=$4,400.00  TOTAL PAID $ 2,500.00
          Balance Due    $1,900.00 payable $118.75 /month  (Months 1 to 16 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Financial National Bank            Payoff $1,800.00
   POB 660431                    Pay $ 30.00/month  (Months 1 to 60 );
   Dallas, TX 75266-0431
   Account No. XXXX5886

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Loan No. XXXX9944 | Homestead: 14931 SW 30 Terrace, Miami, FL 33165 Value: $232,622.00 | 0% | $0.00 | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.    NONE            Total Due $
              Payable    $_____/month  (Months____ to ___) Regular Payment $

Unsecured Creditors:  Pay $ 61.25 /month (Months 1 to 16 );
            Pay $180.00 /month (Months 17 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are paying Wells Fargo Home Mortgage and American Honda Finance directly outside the plan. The debtors will provide copies of their income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.        /s/ Robert Sanchez, Esq.
Debtor                Joint Debtor
Date:  4/11/2013            Date: 4/11/2013

LF-31 (rev. 01/08/10)