

**ORDERED in the Southern District of Florida on August 11, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 13-11381-BKC-AJC |
| LUIS A. GUERRA
CLOTILDE GUERRA | Chapter 13 |
| Debtors.
_____/ | |

### ORDER DENYING TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY, IN ADDITION TO MOTION TO MODIFY PLAN (ECF #49)

THIS CASE came on to be heard on July 21, 2015, for the Trustee's Amended Motion for Turnover of Property, in addition to Motion to Modify Plan (ECF #49), and based on the record, it is

ORDERED that the Trustee's Motion (ECF #49) is denied without prejudice.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.